1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASMINE WHITE, on behalf of herself and others similarly situated,<br><br>             Plaintiff,<br><br>       v.<br><br>RBD STAFFING, INC. dba SALESMAKERS, a Florida corporation, and SPRINT/UNITED MANAGEMENT CO., a Kansas corporation,<br><br>             Defendants. | Case No. 15-cv-08519-GHK (KLSx)<br><br>**ORDER GRANTING JOINT STIPULATION TO VACATE SCHEDULING DATES AND CLASS CERTIFICATION FILING DEADLINE**<br><br><br>Trial Date: None Set<br>Judge: Hon. George H. King |

# ORDER

By stipulation and agreement of the Parties, and for good cause shown, the Court vacates the scheduling dates (ECF No. 29) and the class certification filing deadline (ECF No. 32). Plaintiff must file a motion for preliminary approval of class action settlement within 45 days.

**IT SO ORDERED.**

DATED: October 20, 2016

_____
Hon. George H. King
United States District Judge

26576310.1