1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JASMINE WHITE, on behalf of herself
and others similarly situated,

                Plaintiff,

        v.

RBD STAFFING, INC. dba
SALESMAKERS, a Florida
corporation, and SPRINT/UNITED
MANAGEMENT CO.,  a Kansas
corporation,

              Defendants.

Case No. 15-cv-08519-GHK (KLSx)

**ORDER GRANTING JOINT
STIPULATION TO CONTINUE THE
DEADLINE TO FILE A MOTION
FOR PRELIMINARY APPROVAL**

Trial Date: None Set
Judge: Hon. George H. King

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE DEADLINE
TO FILE A MOTION FOR PRELIMINARY APPROVAL

1

## ORDER

2       By stipulation and agreement of the Parties, and for good cause shown, the

3 Court continues the deadline to file a motion for preliminary approval of class action

4 settlement. Plaintiff must file by December 16, 2016.

5       **IT SO ORDERED.**

6

DATED:    12/5/16

7                                                    _____
                                                     Hon. George H. King
                                                     United States District Judge
8

9                                                                          27753619.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    1                     Case No. 15-cv-08519-GHK (KLSx)
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE DEADLINE
              TO FILE A MOTION FOR PRELIMINARY APPROVAL